UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS L. CONNOLLY, | No. C-13-00340 DMR |
|     Plaintiff(s), | **ORDER TO SHOW CAUSE** |
|     v. | |
| RECONTRUST COMPANY, N.A., | |
|     Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled for May 1, 2013 at 1:30 p.m. before this court in the above-entitled case. Plaintiff Avis L. Connolly was not present. Defendant was not present, but it appears that Defendant has not yet been served.

IT IS HEREBY ORDERED that by no later than **May 16, 2013**, Plaintiff shall submit a statement explaining why this action should not be dismissed for Plaintiff's failure to appear at the case management conference and for failure to prosecute this case.

IT IS SO ORDERED.

Dated: May 1, 2013



DONNA M. RYU
United States Magistrate Judge