IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS L. CONNOLLY, | No. C 13-0340 SI |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |
| v. | |
| RECONTRUST COMPANY, N.A., *et al.*, | |
| Defendants. | |

On January 24, 2013, plaintiff Connolly filed this mortgage foreclosure case against defendants. The case was initially assigned to Magistrate Judge Ryu. When plaintiff failed to appear at a case management conference, Judge Ryu issued an Order to Show Cause, instructing plaintiff to explain, by no later than May 16, 2013, why the case should not be dismissed for failure to prosecute. Plaintiff failed to file a timely response or to request an extension of time.

On May 28, 2013, Magistrate Judge Ryu filed a Report and Recommendation recommending that the Court dismiss the case without prejudice for failure to prosecute. No party objected to the Report and Recommendation within 14 days of service. *See* Fed. R. Civ. P. 72(a); N.D. Cal. L.R. 72-2. The Court has reviewed the Report and Recommendation, the complaint, and the Order to Show Cause, and concludes that the case should be dismissed without prejudice for failure to prosecute. Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES the case.

**IT IS SO ORDERED.**

Dated: July 2, 2013

SUSAN ILLSTON
United States District Judge