IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AVIS L. CONNOLLY,                                      No. C 13-0340 SI

       Plaintiff,                                         **JUDGMENT**

  v.

RECONTRUST COMPANY, N.A., *et al.*,

       Defendants.
                                                       /

Plaintiff's case was dismissed without prejudice for failure to prosecute. Judgment is accordingly entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 2, 2013

SUSAN ILLSTON
United States District Judge